IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-02519-JLK-KLM**

**IRENE SHEARER,**

      Plaintiff,

v.

**MESA AIRLINES, INC. and
UNITED AIRLINES, INC.,**

      Defendants.

---

## ORDER FOR DISMISSAL WITH PREJUDICE

---

Kane, J.

      THIS MATTER comes before the court upon the parties' Stipulation for Dismissal with Prejudice (Doc. #12), filed September 22, 2008. The Court having reviewed said stipulation and being fully advised on the premises

      ORDERS THAT the Stipulation is approved and that this case is dismissed with prejudice, with each party to pay its own fees and costs.

      Dated this 23rd day of September, 2008.

                                 BY THE COURT:

                                 ***S/John L. Kane***_____
                                 John L. Kane, Senior Judge
                                 United States District Court